Peakson, J.
 

 It could not be told that this case now before us,
 
 *329
 
 is the same as that which was before us in June, 1851,12 Ire. 19, except from the fact, that the names are the same, and the subject of controversy is the price of a flat boat built in Newbem, by Howard, Pittman, & Co.
 

 Then the case, as presented by the evidence, was that of an
 
 agent,
 
 who,
 
 in the name
 
 of his principal, made a contract with certain ship-builders for the bidding of a flat boat of a certain description, and by a certain time, for the price of $225. Now, this case, as presented by the evidence, is that of one who agrees to furnish another with a flat boat, of a certain description, by a certain time, for the price of $250
 
 ;
 
 and to enable him to do so, engages certain ship-builders, to build a flat boat for him, at the price of $225, which he pays to them at the time without disclosing to' the ship-builders for whom the flat is intended ,• and they accordingly build the boat of the proper description, and have it launched all complete by the time agreed on. But the defendant for whom the plaintiff had procured the boat to be built, refuses to accept it and pay to the plaintiff the price agreed on. The right of the plaintiff to recover in the case as now presented, is too clear to talk about; and we can conceive of no other reason which induced the defendant to appeal, unless it was to show how much a law suit can be changed during the progress of its prosecution. We presume that the defendant’s reason for not accepting the boat was because he imagined he had been ill treated by the plaintiff, who was to furnish him the boat at $250, and had procured it to be built for $225, and that it was not right for the plaintiff to make $25 by the operation. However this may be, the defendant had agreed to give the plaintiff $250 for a boat of the description agreed on, and as the boat was ready for him all complete by the time, he was bound to take it and pay for it, according to his contract.
 

 Per Curiam. Judgment affirmed. -